**92-481.** State, ex rel. Robinson, v. Sixth Dist. Court of Appeals. In Procedendo. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.

RESNICK, J., not participating.